**Order entered February 25, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01529-CV

**ALBERTELLI CONSTRUCTION, INC., Appellant**

**V.**

**RAM INDUSTRIES ACQUISITIONS, LLC D/B/A RAM WINDOWS, LLC, Appellee**

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-18-1563**

## ORDER

Before the Court is appellant's February 22, 2019 opposed first motion for extension of time to file brief. We **GRANT** the motion and **ORDER** the brief be filed no later than March 29, 2019.

/s/     ERIN A. NOWELL
         JUSTICE